**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-7997**

ALBERT CHARLES EICHEL,

                    Plaintiff – Appellant,

          v.

MACDONALD, Ms.; Chapline; BENNETT, Ms.; Major,

                    Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  T.S. Ellis, III, Senior
District Judge.  (1:12-cv-01220-TSE-TRJ)

Submitted: January 17, 2013          Decided: January 23, 2013

Before GREGORY, SHEDD, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Albert Charles Eichel, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Albert Charles Eichel appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915A(b) (2006). On appeal, we confine our review to the issues raised in the Appellant's brief. See 4th Cir. R. 34(b). Because Eichel's informal brief does not challenge the basis for the district court's disposition, Eichel has forfeited appellate review of the court's order. Accordingly, we deny Eichel's motion to appoint counsel and affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED